■ The People of the State of New York, Respondent, v Rafael Molina, Appellant. [662 NYS2d 255] —Judgment, Su-

preme Court, New York County (Murray Mogel, J.), rendered March 24, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^{1}/_{2}$ to 9 years, unanimously affirmed.

Upon our independent review of the facts, we find that the verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). Credibility issues raised by defendant were properly placed before the jury and we find no reason to disturb its findings (*see, People v Gaimari*, 176 NY 84, 94).

Defendant's claim that comments made by the prosecutor in connection with objections made during defense counsel's summation deprived defendant of a fair trial are unpreserved for appellate review because defendant's belated motion for a mistrial did not allow the court to correct any improper comments at the time they were made (*see, People v Jackson*, 189 AD2d 563, *lv denied* 81 NY2d 887). In any event, were we to review the claim in the interest of justice, we would find that defendant's motion for a mistrial was properly denied. The prosecutor's comments did not imply that drugs were recovered from defendant, and did not result in any prejudice (*see, People v Melendez*, 178 AD2d 366, 367, *lv denied* 79 NY2d 950). Concur—Milonas, J. P., Rosenberger, Wallach, Nardelli and Rubin, JJ.